**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JACK FREEMAN, ADC #140176**                                                          **PLAINTIFF**

**v.**                              **NO. 1:14CV00018 JLH/BD**

**CHRISTOPHER BUDNICK, et al.**                                                        **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere, and no objections to the Recommendation have been filed. The Recommendation should be, and hereby is, approved and adopted in all respects.

Defendants Joe Page, Chris Budnik, Marvin Evans, and John Wheeler's motion for summary judgment is GRANTED. Document #20. Jack Freeman's claims are DISMISSED without prejudice.

IT IS SO ORDERED this 26th day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE