# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JACK FREEMAN, ADC #140176**                                                  **PLAINTIFF**

**v.**                          **NO. 1:14CV00018 JLH/BD**

**CHRISTOPHER BUDNICK, et al.**                                        **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED.

IT IS SO ORDERED this 26th day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE